UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

LUCY AMADOR, et al., on behalf of themselves and all  :
others similarly situated,                            :
                                                      :
                       Plaintiffs,                    :
                                                      :
           against –                                  :      03 Civ. 0650 (KTD) (GWG)
                                                      :
SUPERINTENDENT ANGINELL ANDREWS OF THE                :
DEPARTMENT OF CORRECTIONAL SERVICES                   :              **ORDER**
("DOCS"), et al.,                                     :
                                                      :
                       Defendants.                    :
--------------------------------------------------------------------- x

WHEREAS, following the Order entered as amended on April 9, 2008 and the

Order entered on April 23, 2009, all claims in the above captioned action have been

dismissed except the damages claims of plaintiffs Lucy Amador against Michael

Galbreath and Robert Smith; Bette Jean McDonald against John Gilbert, Mario Pinque

and Donald Wolff; Stephanie Dawson against Frederick Brenyah; Shantelle Smith

against James Hudson; and Shenyell Smith against Deltroy Thorpe (collectively, the

"Pending Damages Claims");

WHEREAS, the District Court has ordered that any dispositive pretrial motions

and supporting memorandum of law concerning the Pending Damages Claims shall be

served by March 1, 2010 ("Dispositive Motion");

WHEREAS, the parties have agreed that any opposition to a Dispositive Motion

shall be served by April 26, 2010; and

WHEREAS, the parties have agreed that any reply in support of a Dispositive Motion shall be served by May 17, 2010;

IT IS HEREBY ORDERED THAT:

1. Any dispositive pretrial motion relating to any of the Pending Damages Claims shall be timely if it and any supporting memorandum of law are served on opposing counsel by March 1, 2010.

2. Any opposition to a timely dispositive pretrial motion relating to a Pending Damages Claim shall be served by April 26, 2010.

3. Any reply in further support of a timely dispositive pretrial motion relating to a Pending Damages Claim shall be served by May 17 2010.

4. Consistent with my Individual Practices, all memorandum of law in support of or in opposition to a timely dispositive pretrial motion relating to a Pending Damages Claim shall be filed on May 17, 2010.

SO ORDERED:

Dated: February 24, 2010
       New York, New York

_____
Hon. Judge Kevin T. Duffy
United States Magistrate Judge