UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LUCY AMADOR, et al. on behalf of themselves and all      :
others similarly situated,                               :
                                                         :
                              Plaintiffs,                :
                                                         :
            – against –                                  :
                                                         :
SUPERINTENDENTS OF THE DEPARTMENT OF                     :
CORRECTIONAL SERVICES ("DOCS") ANGINELL                  :
ANDREWS,                                                 :
                                                         :
                              Defendants.                :
                                                         :
                                                         :
-------------------------------------------------------------------- x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __5/17/10__ |

**SEALING ORDER**

03 Civ. 0650 (KTD) (GWG)

IT IS HEREBY ORDERED THAT the following documents, which include and

attach information designated as either Confidential or Highly Confidential, shall be filed

under seal pursuant to Paragraph 15 of the Confidentiality Order issued by the Court on

November 3, 2003:

1)   Memorandum of Law in Support of Plaintiff Shantelle Smith's Motion for
     Summary Judgment;

2)   Statement of Undisputed Facts of Shantelle Smith Pursuant to Local Rule
     56.1(a);

3)   Declaration of Stephanie Brannen in Support of Plaintiff Shantelle Smith's
     Motion For Summary Judgment, Exhibits 1 to 14;

4)   Plaintiff Bette Jean McDonald's Memorandum of Law in Opposition to
     Defendant Donald Wolff's Motion for Summary Judgment;

5)   Bette Jean McDonald's Statement of Disputed Facts and Response to
     Defendant Donald Wolff's Statement;

6)  Declaration of Jennae R. Swiergula in Opposition to Defendant Donald Wolff's Motion for Summary Judgment, Exhibits 1 to 47;

7)  Declaration of Bette Jean McDonald, dated April 21, 2010;

8)  Plaintiff Bette Jean McDonald's Memorandum of Law in Opposition to Defendant Mario Pinque's Motion for Summary Judgment;

9)  Bette Jean McDonald's Statement of Material Facts as to Which Genuine Issues Remain to be Tried in Response to Defendant Mario Pinque's Statement;

10) Declaration of Katherine W. Kern in Opposition to Defendant Mario Pinque's Motion for Summary Judgment, Exhibits 1 to 39;

11) Plaintiff Lucy Tasama's Memorandum of Law in Opposition to Defendant Robert Smith's Motion for Summary Judgment on the Issue of Damages;

12) Plaintiff Lucy Tasama's Rule 56.1 Statement of Material Facts as to Which Genuine Issues Remain to be Tried in Response to Defendant Robert Smith's Motion for Summary Judgment; and

13) Declaration of Sarah H. Wolf in Support of Plaintiff Lucy Tasama's Opposition to Defendant Robert Smith's Motion for Summary Judgment, Exhibits 1 to 5.

SO ORDERED:

Dated: May 17, 2010
    New York, New York

HON. GABRIEL W. GORENSTEIN
5/17/2010

2