# DEBEVOISE & PLIMPTON LLP



919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

MEMORANDUM E~~

May 17, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 5/18/12
```

BY FACSIMILE

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*Amador et al. v. Andrews et al.*, 03 Civ. 0650 (KTD) (GWG)

Dear Judge Gorenstein:

We write to the Court, in an abundance of caution, to request a brief extension of the May 18, 2012 deadline ordered by Your Honor in the Court's December 20, 2011 Scheduling Order for plaintiff Shantelle Smith's submissions with respect to an inquest on damages in her case against defendant James Hudson. A settlement has been negotiated with the State and we fully expect formal resolution of the matter shortly. In the interim, however, we respectfully request that the deadline be adjourned for 30 days.

Respectfully submitted,

Svetlana M. Eisenberg
Portia Pedro
DEBEVOISE & PLIMPTON LLP

Dori Lewis
Lisa A. Freeman
THE LEGAL AID SOCIETY
PRISONERS RIGHTS PROJECT

Granted

cc:

SO ORDERED. DATE: 5/18/12
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

New York · Washington, D.C. · London · Paris · Frankfurt · Moscow · Hong Kong · Shanghai